A01A0309. PARKER v. CRIDER POULTRY, INC. et al.

(570 SE2d 668)

ELDRIDGE, Judge.

In *Parker v. Crider Poultry*, 275 Ga. 361 (565 SE2d 797) (2002), the Supreme Court reversed the judgment of this Court's opinion in *Parker v. Crider Poultry*, 249 Ga. App. 381 (549 SE2d 711) (2001). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Andrews, P. J., and Miller, J., concur.*

DECIDED AUGUST 29, 2002.

---

*Capers, Dunbar, Sanders & Bruckner, Ziva P. Bruckner*, for appellant.

*Troutman Sanders, Steven J. Hewitson, William M. Droze*, for appellees.